REALS, Appellant, v. WHITNEY, Respondent. (Supreme Court, Appellate Division, First Department. December 18, 1896.) Action by Grace Reals against Fred C. Whitney. C. H. Judson, for appellant. R. Gibson, Jr., for respondent. No opinion. Order affirmed, with $10 costs on disbursements.

REILY, Respondent, v. POERSCHKE et al., Appellants. (City Court of New York, General Term. December 12, 1896.) Action by Michael Reily against Edward R. Poerschke and others. Fromme Bros., for appellants. F. Schaeffer, for respondent. No opinion. Judgment affirmed, with costs. See 36 N. Y. Supp. 1111.